1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No.  2:15-MC-0158 KJM KJN

12                  Plaintiff,

13          v.                                     <u>ORDER</u>

14   APPROXIMATELY $17,980.00 IN U.S.
     CURRENCY,
15
                    Defendant.
16

17

18          The parties have stipulated to extend time for filing a complaint for forfeiture

19   against the defendant currency.  ECF No. 7.

20          Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint

21   for forfeiture against the defendant currency alleging that the defendant currency is subject to

22   forfeiture within ninety days after a claim has been filed in the administrative forfeiture

23   proceedings, unless the court extends the deadline for good cause.  *United States v. Real Prop.*

24   *Located at 475 Martin Lane, Beverly Hills, CA,* 545 F.3d 1134, 1141 (9th Cir. 2008).  In *United*

25   *States v. Real Prop.*, the court allowed the parties three extensions to file the complaint for

26   forfeiture.  *Id.* at 1147.

27

28

                                                   1

1        This is the parties' fourth stipulation to extend the deadline.  While the court

2 approves the stipulation, a future stipulated extension must be accompanied by a clear showing of

3 good cause supported by a specific statement of reasons.

4        IT IS SO ORDERED.

5 DATED:  May 5, 2016.

7       UNITED STATES DISTRICT JUDGE